UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY COPLIN,<br><br>          Defendant. | Criminal No. 15-cr-10145-RGS |

## **GOVERNMENT'S SECOND MOTION TO MODIFY THE SCHEDULING ORDER**

The United States of America, by and through Assistant United States Attorney John T. Dawley, Jr., respectfully moves this Court to modify the Court's pending scheduling order. The government requests that the deadline to file a superseding indictment be extended from February 17, 2022 to April 22, 2022 in light of Defendant's pending pre-trial conference on April 13, 2022. In support of this request, the government states as follows:

1. During a status conference on December 16, 2021, the Court set this matter for a jury trial on March 15, 2022. The government was given until February 1, 2022 to file a superseding indictment. *See* ECF Dkt 1225. This case involves potential additional charges that carry mandatory minimum sentences.

2. On January 19, 2022, per the request of Defendant, the Court set this matter for a Rule 11 plea hearing on February 9, 2022, with the trial date to remain effective until after the plea hearing. *See* ECF Dkt 1243.

3. On February 9, 2022, the Court continued the matter for a further trial date of May 17, 2022, allowing the parties to further discuss the resolution of the matter and for Defendant to further review discovery that has been provided by the government. A pre-trial conference was also set for April 13, 2022.

4. Defendant's proposed guilty plea would avoid the potential additional charges and resulting mandatory minimum sentences. However, if Defendant does not proceed forward with his plea, the government should have the ability to file a superseding indictment.

Therefore, in light of the above, the government hereby requests that the deadline for the filing of any superseding indictment in this case be extended to April 22, 2022 – the week following Defendant's pre-trial conference on April 13, 2022.

                                      Respectfully submitted,

                                      RACHAEL S. ROLLINS
                                      United States Attorney

                    By:    /s/ John T. Dawley, Jr.
                           John T. Dawley, Jr.
Dated: February 10, 2022            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                    By:    /s/ John T. Dawley, Jr.
                           John T. Dawley, Jr.
                           Assistant United States Attorney

Dated: February 10, 2022